IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CR-00333-RJC-DCK

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| NASCHANCY JOHNNY COLBERT | ) |
| | ) |

**THIS MATTER** is before the Court upon the government's Motion for Revocation of Magistrate's Release Order. (Doc. No. 23).

This Court's standing Order relating to the duties of magistrate judges provides that any release order shall be stayed pending disposition by the district judge. (No. 3:05-mc-268, Doc. No. 1). However, the magistrate judge's oral Order stayed the decision for a limited amount of time and this Court has not completed its review of the government's motion.

**IT IS, THEREFORE, ORDERED** that the magistrate judge's release order, (Doc. No. 21), is **STAYED** and the defendant is committed to the custody of the Attorney General pending determination of the government's motion.

**IT IS FURTHER ORDERED** that, to the extent practicable, the defendant shall be confined in a corrections facility separate from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to a United States marshal for the purpose of an appearance with a court proceeding.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: 1/28/2014

Robert J. Conrad, Jr.
United States District Judge